# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LUANN NICHILO | : | ELECTRONICALLY FILED |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 2:19-CV-13024 |
| vs. | : | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | : | THE HONORABLE LINDA V. PARKER |
| | : | MAG. JUDGE ELIZABETH A. STAFFORD |
| Defendant. | : | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon the parties' Stipulation as set forth below, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that the above-captioned lawsuit and all claims and causes of action therein are dismissed with prejudice and without costs or attorneys' fees.

**IT IS SO ORDERED**.

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: December 27, 2019

-2-

We hereby consent to the entry of this Order:

| | |
|---|---|
| *s/ Ilana S. Wilenkin (w/consent)* | *s/ Brian P. Downey* |
| Ilana S. Wilenkin | Brian P. Downey |
| FELDHEIM & WILENKIN, P.C. | PEPPER HAMILTON LLP |
| 30300 Northwestern Hwy, Suite 108 | 100 Market Street, Suite 200 |
| Farmington Hills, MI  48334 | P.O. Box 1181 |
| ilana@lawsmf.com | Harrisburg, PA  17108-1181 |
| (248) 737-0700 | downeyb@pepperlaw.com |
| *Attorney for Plaintiff* | 717.255.1155 |
| | *Attorneys for Defendant* |

Dated:  December 26, 2019